UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR250 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 16)DANA LYNN PARRIS | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Indictment, as it relates to Dana Lynn Parris only, without prejudice.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment as to Dana Lynn Parris only is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit a copy of this Order electronically to the U.S. Probation Office, the U.S. Marshal's Office, the U.S. Attorney's Office, and defense counsel.

Signed: January 8, 2007

Lacy H. Thornburg
United States District Judge